**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

              Plaintiff,

v.

$116,780.00 IN UNITED STATES
CURRENCY

              Defendant.

---

**CIVIL NO. 06-2732 (JNE/JJG)**

**REPORT AND**
**RECOMMENDATION**

       This litigation comes to the attention of the undersigned on the plaintiff's Complaint

for Forfeiture in Rem Against $116, 780.00 in United States Currency (Doc. No. 1).  The

government is represented by James S. Alexander, Assistant United States Attorney.  Huan

Nguyen ("Nguyen"), the claimant, is represented by William L. Walker, Jr., Esq.

       The complaint was filed on June 29, 2006.  On June 20, 2007, the parties filed a Joint

Motion and Stipulation for Stay of Civil Proceedings (Doc. No. 20), seeking to have this

matter stayed pending the resolution of criminal matters pending against Nguyen in the

Western District of Wisconsin, United States of America v Huan Nguyen, Case No. 07-CR-

045-S ("Wisconsin matter").  On June 21, 2007, this Court issued an order staying the case

(Doc. No. 21).

       On July 31, 2007, Nguyen entered into a plea agreement in the Wisconsin matter

(W.D. Wisc. Doc. No. 42).  On August 30, 2007, a motion for preliminary order of forfeiture

(W.D. Wisc. Doc. No. 45) was filed and an order granting that motion was filed on August

31, 2007 (W.D. Wisc. Doc. No. 46).  A Judgment and Commitment was issued on October

17, 2007 and an Amended Judgment and Commitment was issued on October 19, 2007

(W.D. Wisc. Doc. Nos. 54 and 55, respectively).  On October 22, 2007, a motion for final

order of forfeiture (W.D. Wisc. Doc. No. 60) and an order granting that motion was filed on

October 23, 2007 (W.D. Wisc. Doc. No. 61).

To date, no motion for dismissal or stipulation to dismiss has been filed by either of

the parties.  Based on the determinations of the Court in the Western District of Wisconsin,

there are no remaining issues in this matter to be resolved.

Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY**

**RECOMMENDED THAT:**

1.      All claims in this matter be **DISMISSED WITH PREJUDICE** and judgment

entered.

Dated this 14th day of March, 2008.

s/ *Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rule 72.2(b), any party may object to this report and
recommendation by filing and serving specific, written objections by **April 1, 2008**.  A party
may respond to the objections within ten days after service thereof.  Any objections or
responses filed under this rule shall not exceed 3,500 words.  The district court judge shall
make a de novo determination of those portions to which objection is made.  Failure to
comply with this procedure shall forfeit review in the United States Court of Appeals for the
Eighth Circuit.  Unless the parties are prepared to stipulate that the District Court is not
required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve
objections made to this report and recommendation, the party making the objections shall
timely order and cause to be filed within ten days a complete transcript of the hearing.