## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$116,780.00 IN UNITED STATES CURRENCY

        Defendant.

**CIVIL NO. 06-2732 (JNE/JJG)**

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that that all claims in this matter be **DISMISSED WITHOUT PREJUDICE** and judgment entered.

Dated:  April 15, 2008

        s/  Joan N. Ericksen
        JOAN N. ERICKSEN
        U.S. District Judge